# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-16828

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Donald Arthur Fox and Michele Susan Fox<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Donald Arthur Fox and Michele Susan Fox,<br>Debtors, Eric M. Haley, Trustee.<br><br>      Respondents. | No. 2:10-bk-18969-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 19, 2008 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Donald Arthur Fox and Michele Susan Fox have an interest in, further described as:

> Unit 2023, VILLAGIO AT HAPPY VALLEY, a Condominium, according to the Condominium Declaration recorded in Document No. 2007-0784069 and First Amendment recorded in Document No. 2007-811212, and plat recorded in Book 915 of Maps, Page 34, records of Maricopa County, Arizona;
>
> TOGETHER WITH a proportionate share in the Common Elements.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.